**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                  December 19, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 12-cv-00234-RPM

CHANDELLE PALARDY,                                          Kimberlie K. Ryan
                                                            Tatiana Taylor
        Plaintiff,

v.

A.B.C.D. SODERBERG'S, LLC,                                  Peter W. Thomas, Jr.
d/b/a ABCD SODERBERG, a Colorado limited liability company, and
DAN SODERBERG,

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**11:00 a.m.       Court in session.**

Mr. Thomas answers questions asked by the Court re [16].
Argument by Ms. Ryan,

**ORDERED:    Plaintiff's Motion to Compel Discovery Of Defendants' Financial Information [16], is granted with respect to Mr. Soderberg and his business tax returns.**

**Court advises counsel of its view regarding punitive damages with respect to this case.**

Argument by Ms. Ryan re [15].
Argument by Mr. Thomas.
Rebuttal argument by Ms. Ryan.

**ORDERED:    Plaintiff's Motion to Extend Expert Designation Deadlines and Discovery Cut-off for Limited Purposes [15], is granted with respect to the expert reports of Dr. Weissberg and Dr. Post.
             Defendant may file a motion pursuant to Rule 35 with respect to an I.M.E. of the plaintiff by January 18, 2013.**

**ORDERED:    Pretrial conference scheduled March 22, 2013 at 2:00 p.m.**

**ORDERED:    Defendant Dan Soderberg's Motion for Protective Order [19], is moot based on today's ruling in open court.**

**11:26 a.m.      Court in recess.**   Hearing concluded. Total time: 26 min.