IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00234-RPM

CHANDELLE PALARDY,

      Plaintiff,

v.

A.B.C.D. SODERBERG'S, LLC, dba ABCD SODERBERG, and
DAN SODERBERG,

      Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      Pursuant to the hearing on December 19, 2012, it is

      ORDERED that a pretrial conference is scheduled for **March 22, 2013, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **March 14, 2013.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

      Dated: January 2nd, 2013

                                             BY THE COURT:

                                             s/Richard P. Matsch
                                             _____
                                             Richard P. Matsch, Senior District Judge