**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                      March 4, 2013
Courtroom Deputy:          J. Chris Smith
FTR Technician:            Kathy Terasaki

_____

Civil Action No. 12-cv-00234-RPM

CHANDELLE PALARDY,                                            Kimberlie K. Ryan

      Plaintiff,

v.

A.B.C.D. SODERBERG'S, LLC,                                    Peter W. Thomas, Jr.
d/b/a ABCD SODERBERG, a Colorado limited liability company, and
DAN SODERBERG,

      Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing to Conduct Rule 35 Examination**

**11:00 a.m.**        **Court in session.**

Court's preliminary remarks.

11:03 a.m.            Argument by Ms. Ryan.

11:07 a.m.            Argument by Mr. Thomas.

**ORDERED:**          **Defendants' Motion to Conduct F.R.C.P. 35 Examination of Plaintiff [23], is granted for the limited purpose as stated on record.**

Ms. Ryan asked questions regarding clarification of Court's ruling.

**Court states raw data received from tests should be disclosed to counsel and that examination may occur over a two day period.**

**Court and counsel agree that expert rebuttal deadlines may be extended to a date agreed on by counsel.**

**Court further states it is not necessary to change the name in the case caption because of plaintiff's recent marriage.**

**11:15 a.m.**        **Court in recess.**

Hearing concluded.  Total time: 15  min.