IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00234-RPM

CHANDELLE PALARDY,

      Plaintiff,

v.

A.B.C.D. SODERBERG'S, LLC, dba ABCD SODERBERG, and
DAN SODERBERG,

      Defendants.

_____

ORDER SETTING TRIAL DATE AND TRIAL PREPARATION CONFERENCE
_____

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **August 12, 2013, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

FURTHER ORDERED that a trial preparation conference is set for **July 12, 2013, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel shall submit proposed voir dire, proposed jury instructions, lists of witnesses and exhibits and statement of the case at the trial preparation conference.

Dated: March 22nd, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge