## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                June 17, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 12-cv-00234-RPM

CHANDELLE PALARDY,                                              Kimberlie K. Ryan

     Plaintiff,

v.

A.B.C.D. SODERBERG'S, LLC,                                      Peter W. Thomas, Jr.
d/b/a ABCD SODERBERG, a Colorado limited liability company, and
DAN SODERBERG,

     Defendants.
_____

### COURTROOM MINUTES
_____

**Motion to Amend Pretrial Order**

**1:00 p.m.      Court in session.**

Defendant Dan Soderberg present.

Court's preliminary remarks.

Mr. Thomas states he has received and read plaintiff's reply [48].
Mr. Thomas explains defendant's business with respect to the time at issue (location).

Argument by Mr. Thomas [43].
Argument by Ms. Ryan.

Court makes oral findings as stated on record.

**ORDERED:    Plaintiff's Motion to Amend Pretrial Order [43], is denied.**

**1:13 p.m.      Court in recess.**

Hearing concluded.  Total time: 13 min.