## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                  July 12, 2013
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 12-cv-00234-RPM

CHANDELLE PALARDY,                                              Kimberlie K. Ryan

      Plaintiff,

v.

A.B.C.D. SODERBERG'S, LLC,                                      Peter W. Thomas, Jr.
d/b/a ABCD SODERBERG, a Colorado limited liability company, and
DAN SODERBERG,

      Defendants.

_____

## COURTROOM MINUTES
_____

**Trial Preparation Conference**

**1:58 p.m.       Court in session.**

**ORDERED:    Defendants' Emergency Motion to Reschedule the Pretrial Conference [53], is moot.**

Discussion regarding plaintiff's motion to strike expert witnesses [50].
Mr. Thomas states defendants' withdraw Dr. Simon as an expert.
Ms. Ryan agrees that Dr. Gudersen will not testify regarding the Rorschach Test.

**ORDERED:    Plaintiff's Motion to Strike Defendants' Expert Witness [50], is resolved as stated on record.**

Discussion regarding plaintiff's CADA claim
Court and Counsel agree CADA claim to be determined by the Court and Ms. Ryan agrees to consider withdrawing that claim.

Discussion regarding plaintiff's motion to enforce court order and for sanctions [52].
Ms. Ryan states she has received the financial information requested.

**ORDERED:    Plaintiff's Motion to Enforce Court Order to Defendant ABCD Soderberg to Produce Financial Information and for Sanctions [52], is resolved with respect to production of financial information and denied with respect for sanctions.**

July 12, 2013
12-cv-00234-RPM

Discussion regarding exhibits and witnesses.
Counsel agree to confer Monday July 15, 2013.

**ORDERED:**   **Final lists of exhibits and witnesses, proposed voir dire and proposed instructions are to be submitted in paper directly to chambers by 4:00 p.m. July 31, 2013.**

   **Joint Motion for Enlargement of Time for the Parties to Serve Trial Exhibit Objections [51], is moot.**

Court states its trial practices and procedures.

**2:13 p.m.**   **Court in recess.**

Hearing concluded.  Total time: 15  min.