IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00234-RPM

CHANDELLE PALARDY,

     Plaintiff,

v.

A.B.C.D. SODERBERG'S, LLC, dba ABCD SODERBERG, and
DAN SODERBERG,

     Defendants.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Joint Motion for Dismissal with Prejudice [61] filed August 6, 2013, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 7th, 2013

          BY THE COURT:

          s/Richard P. Matsch
          _____
          Richard P. Matsch, Senior District Judge